# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>       Plaintiff,<br><br>   v.<br><br>GEORGE BROWN FITNESS, et al.,<br><br>       Defendants. | Case No. 1:24-cv-01561 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 5) |

Candace Smith seeks to hold the defendants liable for racial profiling, sexual harassment, and for an injury suffered while using a jacuzzi sauna. (*See generally* Doc. 1.) Because Plaintiff is proceeding *in forma pauperis*, the assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). (Doc. 5.) The magistrate judge found the Court lacks diversity jurisdiction, because all identified defendants are citizens of California. (*Id.* at 4.) In addition, the magistrate judge determined the Court lacks subject matter jurisdiction, because "Plaintiff fails to specify a federal statute or constitutional doctrine that gives rise to her claims" and any claim related to the jacuzzi sauna arises under state tort law. (*Id.* at 5.) The magistrate judge also found amendment should not be permitted, because Plaintiff was well-advised of the applicable pleading standards yet still failed to allege sufficient facts. (*Id.* at 6-7.) Therefore, the magistrate judge recommended the Court dismiss the action "without prejudice for lack of subject matter jurisdiction." (*Id.* at 7.)

The Court served the Findings and Recommendations on Plaintiff and notified her that any

1 objections were due within 14 days.  (Doc. 5 at 7.) The Court advised Plaintiff that the "failure to file
2 objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 8, citing
3 *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the
4 time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 23, 2025 (Doc. 5) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2